UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES MOTORCOACH
RESORT HOMEOWNERS
ASSOCIATION, INC.,

    Plaintiff,

v.                                  Case No.: 2:25-cv-499-SPC-NPM

NAPLES RV RESORT, LLC,

    Defendant.

## OPINION AND ORDER

This case concerns a business dispute between Plaintiff Naples Motorcoach Resort Homeowners Association, Inc., a luxury recreational vehicle resort in Naples, Florida, and Naples RV Resort, LLC, a developer. Defendant removed this case, invoking the Court's diversity jurisdiction. (Doc. 1).

Plaintiff filed an Unopposed Motion to Remand, explaining that the parties are governed by "the 2009 Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Naples Motorcoach Resort . . . , which contains a binding forum selection clause requiring that any disputes be litigated exclusively in the Twentieth Judicial Circuit Court in and for Collier County, Florida." (Doc. 16 at 1). Defendant does not oppose the

Motion because Plaintiff agreed to withdraw its request for a jury trial after remand of this case, as it is the Defendant's position that said jury trial waiver is required pursuant to Section 13.3 of the Declaration. (*Id.* at 5). Under these circumstances, the Court finds remand is appropriate.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Unopposed Motion to Remand (Doc. 16) is **GRANTED**.

2. This action is **REMANDED** to the Twentieth Judicial Circuit Court in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit Court in and for Collier County, Florida.

4. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 10, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record